

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00398-CV

ARJANA MUHAMETAJ, D/B/A LITTLE
BROTHERS FAMILY RESTAURANT,
A/K/A FAMILY RESTAURANT

APPELLANT

V.

NORTHERN TRUST BANK OF
CALIFORNIA, N.A. AND BRUCE R.
MCALLISTER, NOT PERSONALLY BUT
SOLELY AS CO-TRUSTEES OF THE MRM
1990 TRUST F/B/O BRUCE R.
MCALLISTER (F/K/A MARGOT M.
DIPPERT), NOT PERSONALLY BUT
SOLELY AS CO-TRUSTEES OF THE MRM
1990 TRUST F/B/O MARGOT M. DIPPERT,
DURANGO RESTAURANTS, LLC, D/B/A
LITTLE CAESAR'S RESTAURANT

APPELLEES

------------

## FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

---

[1]*See* Tex. R. App. P. 47.4.

The trial court granted Appellees Northern Trust Bank of California, N.A., and Bruce R. McAllister's motion for summary judgment, and Appellant Arjana Muhametaj filed a notice of appeal of that order in this court.

We notified Appellant of our concern that we lacked jurisdiction over the appeal because the order did not appear to be a final judgment or an appealable interlocutory order. *See* Tex. R. App. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (stating that generally, a judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record). We informed Appellant that her appeal was subject to dismissal for want of jurisdiction unless she or any party desiring to continue the appeal filed with the court a response showing grounds for continuing the appeal. We have received no response, and according to the trial court clerk, Appellant's claim against Appellee Durango Restaurants, LLC remains pending in the trial court. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bob McCoy

BOB MCCOY
JUSTICE

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: February 6, 2014

2